No. 76, Misc. RICHARDS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Luke G. Galant* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 77, Misc. SLIVA *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 78, Misc. HOPKINS *v.* WASSON ET AL. C. A. 6th Cir. Certiorari denied. *John S. Wrinkle* for petitioner.

No. 79, Misc. WHITE *v.* NEW HAMPSHIRE. Supreme Court of New Hampshire. Certiorari denied. *Gordon M. Tiffany* for petitioner.

No. 80, Misc. HAYMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 82, Misc. JOHNSON *v.* SHOVLIN, STATE HOSPITAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 83, Misc. SACCENTI *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Joseph A. Solovei* for petitioner.

No. 85, Misc. MATTHEWSON ET AL. *v.* McCUNE, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.